PAUL K. CHARLTON
United States Attorney
District of Arizona
BRAD W. GILES
Assistant U.S. Attorney
405 W. Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
bradley.giles@usdoj.gov
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | No. CR-04-1692-TUC-RCC (BPV) |
| ) | |
| v. ) | **Motion to Dismiss Enumerated Counts** |
| ) | **and Notice of Preparation for Trial on** |
| ) | **Remaining Counts** |
| Antonio Eretza-Flores; ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff, United States of America, by and through its attorneys, Paul K. Charlton, United States Attorney for the District of Arizona, and Brad W. Giles, Assistant U.S. Attorney, hereby files this motion: 1) notifying counsel for the defendant in the above-captioned case that the government will be prepared to proceed to trial on December 6, 2005, and 2) moving this Honorable Court to dismiss enumerated counts within the indictment. The government submits the following information in support of this request:

Immediately prior to the September 20, 2005 trial setting, counsel for the United States discovered a video tape which was in the custody and control of agents for the United States. Upon review, it was determined that this tape contained statements of the material witnesses within the above-captioned case. This tape had not been disclosed to defense counsel or counsel for the government prior to the video deposition of the material witnesses. The material witnesses have been deported to Mexico, and the government does

not have the ability to arrange a supplemental video deposition which would address alleged inconsistencies between the video-taped statements and those provided within the material witness deposition. For the foregoing reasons, it is respectfully requested that this Court, in the interest of fairness, dismiss the following counts in the indictment: <u>Count 1</u>: alleging that the defendant did bring Celestino Matias-Pacheco, an illegal alien, into the United States; <u>Count 2</u>: alleging that the defendant did bring Javier Montenegro-Matus, an illegal alien, into the United States; <u>Count 3</u>: alleging that the defendant did bring Valeria Rosales-Arellano, an illegal alien, into the United States;  <u>Count 4:</u> alleging that the defendant participated in a conspiracy to bring illegal aliens into the United States and <u>Count 5:</u> alleging that the defendant participated in a conspiracy to transport illegal aliens within the United States. The government will be prepared to proceed to trial on the remaining counts at the current trial setting of December 6, 2005. The counts alleging the defendant's illegal re-entry, the attempted destruction of an aircraft and the assault on a federal agent (counts 6, 7 and 8 respectively) are unaffected by this motion.

Respectfully submitted this <u>28th</u> day of October, 2005.

> PAUL K. CHARLTON
> United States Attorney
> District of Arizona
>
> *s/Brad W. Giles*
> Brad W. Giles
> Assistant U.S. Attorney

Copy of the foregoing served electronically
or by other means this 28th day of October, 2005, to:

Eric Rau, Esq.
c/o A.F.P.D.
407 W. Congress St., Suite 501
Tucson, Arizona 85701
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,** ) | |
| ) | |
| Plaintiff, ) | No. CR-04-1692-TUC-RCC (BPV) |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ) | |
| **Antonio Eretza-Flores;** ) | |
| ) | |
| **Defendant.** ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | |

The government has filed a motion to dismiss counts 1, 2, 3, 4, and 5 within the indictment of the above-caption case. The reasons underlying that motion are set forth within its contents. The court, having reviewed that application has found it to be within the interests of justice.

IT IS THEREFORE ORDERED:

The court finds that the ends of justice are served by granting said motion, dismissing the following counts within the indictment of the above-captioned case: <u>Count 1</u>: alleging that the defendant did bring Celestino Matias-Pacheco, an illegal alien, into the United States; <u>Count 2</u>: alleging that the defendant did bring Javier Montenegro-Matus, an illegal alien, into the United States; <u>Count 3</u>: alleging that the defendant did bring Valeria

Rosales-Arellano, an illegal alien, into the United States; <u>Count 4:</u> alleging that the defendant participated in a conspiracy to bring illegal aliens into the United States and <u>Count 5:</u> alleging that the defendant participated in a conspiracy to transport illegal aliens within the United States.

It is further ORDERED that the counts alleging the defendant's illegal re-entry, the attempted destruction of an aircraft and the assault on a federal agent (counts 6,7 and 8 respectively) are unaffected by the government's motion, and the current trial setting of December 6, 2005 is hereby AFFIRMED. The defendant shall remain in custody pending the trial of the above-captioned case.

DATED this _____ day of _____ 2005.

_____
HON. RANER C. COLLINS
United States District Court Judge