UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
|           Plaintiff, ) | No. CR-04-1692-TUC-RCC (BPV) |
| v. ) | |
| ) | ORDER |
| Antonio Eretza-Flores; ) | |
|           Defendant. ) | |

      The government has filed a motion to dismiss counts 1, 2, 3, 4, and 5 within the indictment of the above-caption case. The reasons underlying that motion are set forth within its contents. The court, having reviewed that application has found it to be within the interests of justice.

IT IS THEREFORE ORDERED:

      The court finds that the ends of justice are served by granting said motion, dismissing the following counts within the indictment of the above-captioned case: <u>Count 1</u>: alleging that the defendant did bring Celestino Matias-Pacheco, an illegal alien, into the United States; <u>Count 2</u>: alleging that the defendant did bring Javier Montenegro-Matus, an illegal alien, into the United States; <u>Count 3</u>: alleging that the defendant did bring Valeria

Rosales-Arellano, an illegal alien, into the United States; <u>Count 4:</u> alleging that the defendant participated in a conspiracy to bring illegal aliens into the United States and <u>Count 5:</u> alleging that the defendant participated in a conspiracy to transport illegal aliens within the United States.

It is further ORDERED that the counts alleging the defendant's illegal re-entry, the attempted destruction of an aircraft and the assault on a federal agent (counts 6,7 and 8 respectively) are unaffected by the government's motion, and the current trial setting of December 6, 2005 is hereby AFFIRMED. The defendant shall remain in custody pending the trial of the above-captioned case.

DATED this 7th day of November, 2005.

_____
Raner C. Collins
United States District Judge