PAUL K. CHARLTON
United States Attorney
District of Arizona
BRAD W. GILES
Assistant U.S. Attorney
Colorado State Bar No. 32377
405 West Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
bradley.giles@usdoj.gov
Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,** | ) |
| **Plaintiff,** | ) No. **CR-04-01692-TUC-RCC (BPV)** |
| v. | ) **GOVERNMENT'S NOTICE OF POTENTIAL REBUTTAL EXPERT TESTIMONY AND NOTICE OF PHYSICAL EVIDENCE AVAILABLE FOR INSPECTION** |
| **Antonio Eretza-Flores,** | ) |
| **Defendant.** | ) |

Plaintiff, United States of America, by its attorneys, Paul K. Charlton, United States Attorney and Brad W. Giles, Assistant United States Attorney, pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, hereby submits the following supplement to its previously-filed "Good Faith List of Witnesses."  The following witness may be called by the government, either within its case in chief or within its rebuttal case, for the purpose of offering rebuttal testimony.

**Notice of Potential Rebuttal Expert Testimony:**

Dr. Jim Sullivan, Forensic Psychologist, Southern Arizona Veterans Administration Healthcare System.

The government will call Dr. Sullivan, if necessary, as a rebuttal witness. Dr. Sullivan is a Forensic Psychologist with the Southern Arizona Veterans Administration. He will offer testimony, as needed, to rebut assertions of the defendant and Dr. Martinez

1 alleging that the defendant was acting pursuant to a "fight or flight" response at the time of
2 the incident charged in this case. His familiarity with this case is based upon the
3 previously-disclosed notes of Dr. Martinez, as well as the disclosure which has been
4 provided to the defendant. Dr. Sullivan's curriculum vitae will be released as supplemental
5 disclosure upon receipt by the government.

**Notice of Physical Evidence: Availability for Inspection:**

Pursuant to Fed. R. Crim. P. 16(E), the government hereby notifies the defendant of two potential trial exhibits which will be made available for inspection by defense counsel upon request. The first exhibit is a cross-section of the A-Star rotor blade which was damaged by a rock in the Yuma Incident. The second exhibit is a section of scrapped tail rotor which may be offered at trial as demonstrative evidence regarding the construction of A-Star aircraft components.

Respectfully submitted this 22nd day of November, 2005.

PAUL K. CHARLTON
United States Attorney
District of Arizona

*s/Brad W. Giles*
Brad W. Giles
Assistant U.S. Attorney

Copy of the foregoing served electronically
or by other means this 22nd day
of November, 2005, to:

Eric Rau, Esq. c/o AFPD
407 W. Congress St.
Suite 501
Tucson, AZ 85701-1310